IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
DEVELOPERS SURETY AND       )
INDEMNITY COMPANY,          )
                            )
    Plaintiff,              )
                            )        CIVIL ACTION NO.
    v.                      )         2:09cv757-MHT
                            )             (WO)
OLD TOWNE STATION, LLC,     )
et al.,                     )
                            )
    Defendants.             )
```

JUDGMENT

In accordance with the opinion entered this date, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) Plaintiff Developers Surety and Indemnity Company's motion for summary judgment (Doc. No. 39) is granted.

(2) Judgment is entered in favor of plaintiff Developers Surety and Indemnity Company and against defendants Irma Brandt and Scott Brandt.

(3) Plaintiff Developers Surety and Indemnity Company shall have and recover from the Brandt defendants the sum

of $ 184,150.06 in damages, plus pre-judgment interest, attorneys' fees, and expenses.

It is further ORDERED that costs are taxed against the Brandt defendants, for which execution may issue.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

Because only defaults (and not default judgments) have been entered against defendants Sandbox Properties, LLC and Old Towne Station, LLC, this case still remains pending as to defendants Sandbox Properties, LLC and Old Towne Station, LLC.

DONE, this the 11th day of June, 2010.

                                          /s/ Myron H. Thompson
                                     UNITED STATES DISTRICT JUDGE