IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
DEVELOPERS SURETY AND        )
INDEMNITY COMPANY,           )
                             )
     Plaintiff,              )
                             )    CIVIL ACTION NO.
     v.                      )       2:09cv757-MHT
                             )          (WO)
OLD TOWNE STATION, LLC,      )
et al.,                      )
                             )
     Defendants.             )
```

## JUDGMENT

In accordance with the memorandum opinion entered this date, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) The motion for entry of default judgment filed by plaintiff Developers Surety and Indemnity Company (doc. no. 48) is granted as to defendants Old Towne Station, LLC and Sandbox Properties, LLC.

(2) Judgment is entered in favor of plaintiff Developers Surety and Indemnity Company and against defendants Old Towne Station, LLC and Sandbox Properties, LLC.

    (3) Plaintiff Developers Surety and Indemnity Company shall have and recover from defendants Old Towne Station, LLC and Sandbox Properties, LLC the sum of $ 184,150.60 in damages, plus pre-judgment interest, attorneys' fees and expenses.

    It is further ORDERED that costs are taxed against defendants Old Towne Station, LLC and Sandbox Properties, LLC, for which execution may issue.  This case is closed.

    The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

    DONE, this the 22nd day of July, 2010.

                                       /s/ Myron H. Thompson  
                              UNITED STATES DISTRICT JUDGE